UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MOHAMMAD ALNABULSI,

        Plaintiff,

v.                               Case No. 24-C-303

RACINE COUNTY JAIL,

        Defendant.

## DECISION AND ORDER

Plaintiff Mohammad Alnabulsi, who is confined at the Racine County Jail, is representing himself in this 42 U.S.C. §1983 case. On April 24, 2024, the Court screened the complaint and gave Alnabulsi an opportunity to file an amended complaint by May 24, 2024. The deadline passed, and no amended complaint was received, so, as warned, the Court dismissed this action based on Alnabulsi's failure to state a claim in his original complaint. Dkt. No. 13. The day after the dismissal, Alnabulsi telephoned the Court and updated his contact information. The Court mailed a copy of the dismissal to Alnabulsi at both the jail and at the updated address. About a month later, on July 22, 2024, Alnabulsi filed a motion for reconsideration. He asserts that he sent an amended complain to the Court, but his mail "is getting stolen or trashed." He asks the Court to reopen the case. Dkt. No. 15.

In light of Alnabulsi's statement that he tried to mail an amended complaint to the Court, the Court will give him a final opportunity to file an amended complaint. The Court acknowledges that Alnabulsi being able to successfully file a motion for reconsideration but not an amended complaint is suspect. As is Alnabulsi's failure to include a copy of the amended complaint that he

allegedly tried to file. Still, because Alnabulsi is pro se, the Court will offer him one more opportunity to comply with the Court's screening order. As a final note, the Court observes that it consistently receives mail from other inmates housed at the Racine County Jail without issue, so unsworn bald assertions that his mail is being "stolen and trashed" will not be sufficient to excuse future failures to comply with the Court's orders.

**IT IS THEREFORE ORDERED** that Alnabulsi's motion for reconsideration is taken under advisement. If Alnabulsi wants an opportunity to proceed with this case, he must file an amended complaint by **August 23, 2024**. If the Court does not receive an amended complaint by the deadline, the Court will deny the motion for reconsideration.

Dated at Green Bay, Wisconsin this  29th  day of July, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge